**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

OHIO POLICE & FIRE PENSION FUND, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO, and OHIO PUBLIC EMPLOYEES DEFERRED COMPENSATION PROGRAM,

Plaintiffs,

v.

STANDARD & POOR'S FINANCIAL SERVICES LLC, THE MCGRAW-HILL COMPANIES, INC., MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., and FITCH, INC.,

Defendants.

Civil Action No. 2:09-cv-1054

Judge Graham
Magistrate Judge Kemp

**ORAL ARGUMENT REQUESTED**

**THE RATING AGENCIES' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 8 and 12(b)(6), Defendants Standard & Poor's Financial Services LLC, The McGraw-Hill Companies, Inc., Moody's Corp., Moody's Investors Service, Inc., and Fitch, Inc. (collectively, the "Rating Agencies") move this Court to dismiss the Complaint in its entirety. Submitted herewith is a Memorandum in Support and the Declaration of Thomas D. Warren.

Given the complexity of the legal issues and the nature of Plaintiffs' claims, pursuant to Local Rule 7.1(b)(2), Defendants respectfully request oral argument on the issues raised in this Motion.

Dated: February 9, 2010

Respectfully submitted,

By: /s/ Drew H. Campbell
Drew H. Campbell (0047197)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215-4291
Telephone: (614) 227-2319
Facsimile: (614) 227-2390

*Trial Counsel for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC*

Floyd Abrams (admitted *pro hac vice*)
S. Penny Windle (admitted *pro hac vice*)
Tammy L. Roy (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Counsel for Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC*

By: /s/ Michael H. Carpenter
Michael H. Carpenter
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145

*Trial Counsel for Defendants Moody's Corp. and Moody's Investors Service, Inc.*

James J. Coster (admitted *pro hac vice*)
Joshua M. Rubins (admitted *pro hac vice*)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Counsel for Defendants Moody's Corp. and Moody's Investors Service, Inc.*

By: /s/ Thomas D. Warren
Thomas D. Warren
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

*Trial Counsel for Defendant Fitch, Inc.*

Martin Flumenbaum (*pro hac vice* to be submitted)
Roberta A. Kaplan (*pro hac vice* to be submitted)
Julia Tarver Mason (*pro hac vice* to be submitted)
Tobias J. Stern (*pro hac vice* to be submitted)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Counsel for Defendant Fitch, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of February, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Thomas D. Warren
One of the attorneys for the
Defendant Rating Agencies