IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO POLICE & FIRE PENSION FUND, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO, and OHIO PUBLIC EMPLOYEES DEFERRED COMPENSATION PROGRAM, <br><br> Plaintiffs, <br><br> v. <br><br> STANDARD & POOR'S FINANCIAL SERVICES LLC, THE MCGRAW-HILL COMPANIES, INC., MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., and FITCH, INC., <br><br> Defendants. | Case No.: 2:09 cv 1054 <br><br> Judge Graham <br> Magistrate Judge Kemp |

**THE OHIO FUNDS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS RATING AGENCIES' MOTION TO DISMISS**

The Ohio Funds[1] respectfully submit this Third Notice of Supplemental Authority to bring to the Court's attention a decision issued by Judge Victor Marrero of the United States District Court, Southern District of New York in *Pasha A. Anwar v. Fairfield Greenwich Limited, et al.*, No. 09 Civ. 0118 (VM) (S.D.N.Y. July 29, 2010) (attached hereto as Exhibit A). The *Anwar* litigation is a putative class action on behalf of

---

[1] The Ohio Funds are Plaintiffs Ohio Police & Fire Pension Fund, Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, School Employees Retirement System of Ohio, and Ohio Public Employees Deferred Compensation Program.

individuals and entities who invested large sums of money in four hedge funds founded and operated by the Fairfield Greenwich Group ("Fairfield Greenwich"). *Anwar,* at 1. The complaint alleges violations of federal securities law and common law tort, breach of contract and quasi-contract causes of action. *Id.* Fairfield Greenwich and numerous co-defendants moved to dismiss the complaint in its entirety, based in part on the theory that the Martin Act preempts Anwar's common law claims, save for fraud. *Id.* In an exhaustive opinion detailing the evolution of jurisprudence interpreting the Martin Act, which Judge Marrero described as "[t]he unwitting perpetuation of error," Judge Marrero emphatically rejected the principle that the Martin Act preempts common law causes of action that exist independent of the Martin Act but whose proof relies on the same facts that would support a Martin Act prosecution by the New York Attorney General. *Id.* at 3-4. Judge Marrero concluded his opinion by stating that "[t]his Court is hopeful that federal district courts, the Court of Appeals for the Second Circuit, or the New York Court of Appeals will not take as long to correct the Martin Act's misapplication before it fossilizes any further. *Id.* at 43.

To the extent that New York law applies to the Ohio Funds' claims here – which, for the reasons set forth in the Ohio Funds' March 22, 2010 Memorandum of Law in Opposition to Defendant Rating Agencies' Motion to Dismiss ("Opp."), it does not – Plaintiffs respectfully submit that the decision by Judge Marrero further supports the position that the Martin Act does not bar the Ohio Funds' common law claims. (*See* Opp. at 62–68.)

Dated: August 4, 2010

          Respectfully submitted,

          RICHARD CORDRAY
          OHIO ATTORNEY GENERAL


          /s/ John P. Gilligan
          SCHOTTENSTEIN, ZOX & DUNN
          CO., L.P.A.
          John P. Gilligan (0024542)
          250 West Street
          Columbus, Ohio 43215
          Telephone: (614) 462-2700
          Facsimile: (614) 462-5135
          Email:    jgilligan@szd.com

*Trial Attorney for Plaintiffs*
*Ohio Police & Fire Pension Fund,*
*Ohio Public Employees Retirement*
*System, State Teachers Retirement*
*System of Ohio, School Employees*
*Retirement System of Ohio, and Ohio*
*Public Employees Deferred*
*Compensation Program*

Of Counsel:

John C. McDonald (0012190)
Matthew L. Fornshell (0062101)
Kevin L. Murch (0066833)
Katherine G. Manghillis (0077307)
SCHOTTENSTEIN ZOX & DUNN CO., LPA
250 West Street
Columbus, Ohio 43215
Telephone: (614) 462-1087
Facsimile: (614) 228-4846
Email: jmcdonald@szd.com
       mfornshell@szd.com
       kmanghillis@szd.com
ENTWISTLE & CAPPUCCI LLP
Andrew J. Entwistle (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Richard W. Gonnello (admitted *pro hac vice*)

Francis P. McConville (admitted *pro hac vice*)
280 Park Avenue, 26th Floor West
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
Email: aentwistle@entwistle-law.com
jwhitman@entwistle-law.com
rgonnello@entwistle-law.com
fmcconville@entwistle-law.com


LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Steven E. Fineman (admitted *pro hac vice*)
Daniel P. Chiplock (admitted *pro hac vice*)
Michael Miarmi (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com

Richard M. Heimann (admitted *pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com


*Special Counsel for Plaintiffs Ohio Police & Fire Pension Fund, Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, School Employees Retirement System of Ohio, and Ohio Public Employees Deferred Compensation Program*

5

## CERTIFICATE OF SERVICE

I certify that on this 4th day of August, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John P. Gilligan
*One of the Attorneys for the Plaintiffs*